United States District Court
Southern District of Texas
**ENTERED**
July 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL J ALBERT, § § Plaintiff, § VS. § U.S. BANK NATIONAL § ASSOCIATION § and § PHH MORTGAGE CORPORATION, § § Defendants. | CIVIL ACTION NO. 4:20-CV-01457 |

## ORDER GRANTING DEFENDANTS' MOTION FOR CONTEMPT

On this day, the Court considered the defendants', U.S. Bank National Association, as successor in interest to Bank of America, National Association, Successor by Merger to LaSalle National Association as Trustee for GSAMP Trust 2007-NCI Mortgage Pass-Through Certificates, Series 2007-NCI and PHH Mortgage Corporation's Motion for Contempt (Dkt. No. 13). After considering the motion and any responses thereto, the Court is of the opinion that the motion should be and hereby is **GRANTED**.

It is, therefore, **ORDERED** that Esther Zapata appear before this Court on the 29th day of July, 2021 at 9:30 a.m. in Courtroom 11A before Judge Kenneth M Hoyt, and show cause for her failure to comply with the August 12, 2020 subpoena issued by the defendants and this Court's January 4, 2021 Order Granting the defendants' Motion to Compel Compliance With Subpoena (Dkt. No. 8).

It is further **ORDERED** that the clerk shall send a copy of this Order to Esther Zapata at 9711 Rocktree Dr., Houston, Texas 77040 via certified mail, return receipt requested and via first class mail.

It is so ORDERED.

SIGNED on this 15th day of July, 2021.

_____
Kenneth M. Hoyt
United States District Judge